# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, K.M. MCDONALD, T.J. STINSON**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**SAMUEL N. KINYANJUI**
**CORPORAL (E-4), U.S. MARINE CORPS**

**NMCCA 201400055**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 14 November 2013.
**Military Judge:** LtCol L.J. Francis, USMC.
**Convening Authority:** Commanding General, Training Command, Quantico, VA.
**Staff Judge Advocate's Recommendation:** LtCol M.E. Sayegh, USMC.
**For Appellant:** Capt David Peters, USMC.
**For Appellee:** Mr. Brian Keller, Esq.

**30 April 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court